# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| NATHAN JOHNSTON, | ) | 3:15-cv-00436-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| LVNV FUNDING LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On September 29, 2015, plaintiff's counsel filed a confidential settlement and release agreement (#10).  Good cause exists to seal the confidential settlement and release agreement.  Accordingly, the clerk of the court is **INSTRUCTED** to seal the confidential settlement and release agreement.

IT IS SO ORDERED.

DATED: This 30th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE

1